UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22030-BB

JESUS GONZALEZ,

    Plaintiff,

v.

SOFIA SUBWAY CORP.
d/b/a Subway #52931 at 2962 SW 8 Street and
8TH STREET SHOPPING CENTER LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, JESUS GONZALEZ ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, SOFIA SUBWAY CORP. d/b/a Subway #52931 at 2962 SW 8 Street and 8TH STREET SHOPPING CENTER LLC ("Defendant") to resolve his claim against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.

J. COURTNEY CUNNINGHAM, PLLC<br>
FBN: 628166<br>
8950 SW 74th Court, Suite 2201<br>
Miami, FL 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.