UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22030-BLOOM/Otazo-Reyes**

JESUS GONZALEZ,

    Plaintiff,

v.

SOFIA SUBWAY CORP., and
8TH STREET SHOPPING CENTER LLC,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement for All Parties, ECF No. [10], filed on September 6, 2022, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 6, 2022.

                                                  **BETH BLOOM**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record